LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone     (415) 646-7160
Facsimile     (415) 981-1270

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMMERSTORM WEAVER, | Case No. C 06 0604 MJJ |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** and Order. |
| v. | **HON. MARTIN J. JENKINS** |
| ASTRAZENECA PHARMACEUTICALS, L.P. and ASTRAZENECA, L.P., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: July 10, 2006                  **LEVIN SIMES KAISER & GORNICK LLP**

_____
Dennis J. Canty
Attorneys for Plaintiff

IT IS SO ORDERED
Judge Martin J. Jenkins

7/12/2006

VOLUNTARY DISMISSAL                                              PAGE 1